United States District Court
Southern District of Texas
**ENTERED**
June 27, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| DARRELL ANTHONY WILLIAMS, § § Petitioner, § § v. § § BOBBY LUMPKIN § § Respondent. § | CIVIL ACTION NO. 2:24-CV-00051 |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Before the Court is Magistrate Judge Julie K. Hampton's Memorandum and Recommendation ("M&R"). (D.E. 24). The M&R recommends that the Court dismiss this action for want of prosecution. *Id.* at 2.

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R.[1] *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Badaiki v. Schlumberger Holdings Corp.*, 512 F. Supp. 3d 741, 743–44 (S.D. Tex. 2021) (Eskridge, J.).

Having carefully reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 24). Accordingly, the petition is **DISMISSED without prejudice** for want of prosecution. Any pending motions are

---

[1] Plaintiff's mail was returned as undeliverable. *See* (D.E. 19, p. 2; D.E. 23, p. 2; D.E. 25, p. 2; D.E. 26, p. 1). Since then, the Court has waited an appropriate amount of time for Petitioner to provide an updated address or otherwise respond to the D.E. 20 show cause order. As a party, Plaintiff is required to keep the Court apprised of his current address at all times and has failed to do so.

**DISMISSED as moot.** A final judgment will be entered separately.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
June 27, 2024